**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LACI PALMER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00440-JRG-RSP |
| | § | |
| WILEY COLLEGE, OMEGA PHI PSI, | § | |
| PHI BETA SIGMA, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated September 6, 2019 (Dkt. No. 43), which recommends that Defendant Phi Beta Sigma Inc's ("Phi Beta Sigma") Rule 12(b)(6) Motion to Dismiss ("Motion") (Dkt. No. 30) be granted. No objections have been filed. Because the Court agrees with the reasoning provided within the Report and Recommendation, the same is **ADOPTED**.

It is therefore **ORDERED** that Phi Beta Sigma's Motion is **GRANTED** and all claims against Phi Beta Sigma are hereby **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 27th day of September, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE