# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LACI PALMER, § § *Plaintiff*, § § v. § § WILEY COLLEGE and OMEGA PHI PSI, § § *Defendants*. § § | Case No. 2:18-cv-00440-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated September 20, 2019 (Dkt. No. 49), which recommends that Defendant Omega Phi Psi's Amended Motion to Dismiss for Failure to State a Claim (Dkt. No. 32) be **DENIED**. Since no objections have been filed and because the Court agrees with the reasoning provided within the Report, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Defendant Omega Phi Psi's Amended Motion to Dismiss for Failure to State a Claim (Dkt. No. 32) is **DENIED**.

**So Ordered this**
**Oct 15, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE